**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **MARIA BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **NO. 2:22-cv-00040** |
| ) | |
| **KNIGHT TRANSPORTATION** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

The parties have filed a Notice of Stipulation of Voluntary Dismissal With Prejudice (Doc.

No. 31).  Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed

to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE